## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Deborah Laufer,
Plaintiff,

  v.

GEORGETOWN WASHINGTON
DC INN LLC,
Defendant.

Civil Action No. 1:20-cv-1194

## NOTICE OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL

Plaintiff, by and through undersigned counsel, hereby notifies this Court pursuant to FRCP 41(a)(1)(A)(i) that this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: August 7, 2020

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.

THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022

ATTORNEYS FOR PLAINTIFF,
DEBORAH LAUFER

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Deborah Laufer,
Plaintiff,

v.                                                    Civil Action No. 1:20-cv-1194

GEORGETOWN WASHINGTON
DC INN LLC,
Defendant.

## ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), IT IS ORDERED THAT

THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to

all claims, causes of action, and parties, with each party bearing that party's own

attorney's fees and costs. The Clerk is directed to close the file.


Dated: August 7, 2020


_____
UNITED STATES DISTRICT JUDGE

2